UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )
      v.                       )        No.    4:09CV00181 ERW
                               )
EIGHTEEN THOUSAND, EIGHT       )
HUNDRED DOLLARS ($18,800.00)   )
U.S. CURRENCY,                 )
                               )
            Defendant.         )

### DEFAULT JUDGMENT OF FORFEITURE

Plaintiff, United States of America has moved this Court, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, for entry of Final Judgment by Default. Plaintiff has shown that there was reasonable cause for seizure of the defendant currency, that a complaint for forfeiture was filed, that the claimants, Saul Johnson and Rosemary Winner-Johnson, were served with process through their attorney's, and that any and all other potential claimants have been served by publication. Saul Johnson has not filed a claim to the defendant $18,800.00 U.S. Currency. The clerk of the Court has entered a default against the interest of Saul Johnson in this action. Therefore, it is hereby,

ORDERED, ADJUDGED AND DECREED:

(1) That a judgment by default is hereby entered against the interest of Saul Johnson in the defendant $18,800.00 U.S. Currency;

(2) That the interest of Rosemary Winner-Johnson and her claim to the defendant $18,800.00 U.S. Currency is still pending; and

(3) That Saul Johnson's interest in the defendant $18,800.00 U.S. Currency is hereby forfeited to the United States of America.

IT IS FURTHER ORDERED, FOUND AND CERTIFIED:

(5) That, pursuant to Title 28, United States Code, Section 2465, reasonable cause existed for the seizure of the defendant $18,800.00 U.S. Currency.

SO ORDERED:

UNITED STATES DISTRICT JUDGE

Dated this 31st day of July, 2009